IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| SADY BILBRUCK, <br><br> Plaintiff, <br><br> v. <br><br> VALLEY COUNTY, LUKE STROMMEN, & JOHN DOES 1-3, <br><br> Defendants. | CV-21-40-GF-BMM <br><br><br> **ORDER re: Mediation and Briefing** |
|---|---|

The parties herein, by and through their respective legal counsel of record, have filed a Stipulation regarding attending a mediation and suspending the briefing and current deadlines in this matter. With good cause appearing,

IT IS HEREBY ORDERED that:

1. That all briefing shall be suspended on all pending motions and any future motions to be filed in this action;

2. That the hearing currently set for August 15, 2023, at 11:00 a.m. is hereby vacated;

3. That all deadlines currently contained in the Court's Amended Scheduling Order (doc. 17) shall be vacated; and

IT IS FURTHER ORDERED that upon the conclusion of the mediation conference, if the matter is not fully settled, the Parties shall request from the Court a newly amended Scheduling Order to reset any remaining deadlines and to reactivate the briefing schedule.

Dated this 25th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court