IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SADY BILBRUCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALLEY COUNTY, LUKE STROMMEN, & JOHN DOES 1-3,<br><br>　　　　　Defendants. | CV-21-40-GF-BMM<br><br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES/REPLIES** |

　　　Plaintiff has filed an Unopposed Motion to extend the time in which to respond to Defendant Strommen's Motion for Summary Judgment (Battery) (Doc. 46), Defendant Valley County's Motion for Summary Judgment (Doc. 49), Defendant Strommen's Motions in Limine (Doc. 61); and reply in support of Plaintiff's Motion for Summary Judgment (Res Judicata) (Doc. 25), and Plaintiff's Motion for Partial Summary Judgment (Consent 1) (Doc.18). Good cause appearing:

　　　IT IS HEREBY ORDERED that Plaintiff Sady Bilbruck's Motion is hereby granted. Plaintiff will have until March 11, 2024, to respond/reply to the above listed Motions.

1 *Plaintiff's Unopposed Motion for Extension of Time to Respond*

Dated this 1ˢᵗ day of March, 2024.

*(signature: Brian Morris)*

Brian Morris, Chief District Judge
United States District Court