IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SADY BILBRUCK,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY COUNTY, LUKE STROMMEN, & JOHN DOES 1-3,<br><br>Defendants. | Cause No. CV-21-40-GF-BMM<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 24th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court